**Order entered December 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00048-CV

### ADRIAN BOOKER AND NICOLE SMITH, Appellants

### V.

### ANISSA MAHMOUDI, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## ORDER

Before the Court is appellant Adrian Booker's October 31, 2019 motion for rehearing. Appellee is requested to file a response to Booker's motion, if any, within **TEN DAYS** of the date of this order.

/s/      LANA MYERS
JUSTICE